IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADER ALI, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | No. 14-2597 |
| v. | : | |
| | : | |
| STEVEN GLUNT, et al., | : | |
|     Respondents. | : | |

### ORDER

**AND NOW,** this ___21st____ day of April, 2016, upon careful and independent consideration of the petition for writ of habeas corpus, the parties' briefs, United States Magistrate Judge Carol Sandra Moore Wells's Report and Recommendation, and Petitioner's objections to the Report and Recommendation,[1] it is **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for writ of habeas corpus is **DENIED** and **DISMISSED**.

4. There is no basis for the issuance of a certificate of appealability.

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] In accordance with 28 U.S.C. § 636(b)(1)(C), I must make a de novo determination of the portions of the R&R to which Ali objects.